ACCEPTED
01-13-00909-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/2/2015 2:16:00 PM
CHRISTOPHER PRINE
CLERK

## NO. 01-13-00909-CR

| | | |
|---|---|---|
| **MICHAEL ODURO KWARTENG** | § | **IN THE COURT OF APPEALS** |
| | § | 1st COURT OF APPEALS |
| | § | HOUSTON, TEXAS |
| **V.** | § | **FOR THE FIRST DISTRICT** 2/2/2015 2:16:00 PM |
| | § | CHRISTOPHER A. PRINE |
| **THE STATE OF TEXAS** | § | **OF TEXAS AT HOUSTON** Clerk |

### MOTION TO WITHDRAW PURSUANT TO
### *ANDERS V. CALIFORNIA*, 386 U.S. 738 (1967)

TO THE HONORABLE JUSTICES OF SAID COURT:

COMES NOW EMILY DETOTO, counsel for appellant MICHAEL ODURO KWARTENG, and hereby moves to withdraw from representation of appellant pursuant to *Anders v. California*, 386 U.S. 738 (1967). In support of this motion, counsel shows as follows:

Counsel has thoroughly reviewed the record on appeal and is thoroughly familiar with the case.

Counsel has, in the exercise of her professional judgment, determined that the instant case presents no non-frivolous issues for appeal. Thus, in accordance with *Anders v. California*, 386 U.S. 738 (1967), counsel now requests permission to withdraw. *Anders*, 386 U.S. at 744.

In accordance with *Anders*, counsel has, contemporaneously with this motion, filed a brief outlining all issues which might arguably support an appeal and explaining why those issues are meritless. *Id.*

Counsel has furnished the appellant with a copy of the brief and a copy of this motion, thereby apprising appellant of counsel's actions.

Having determined that the instant appeal is wholly frivolous and having complied with the briefing and notice requirements of *Anders*, counsel now requests that she be allowed to withdraw.

WHEREFORE PREMISES CONSIDERED, the Counsel for Appellant respectfully prays that the Court grant her request and allow counsel to withdraw from this case.

Respectfully submitted,

_/s/ Emily Detoto_____
EMILY DETOTO
State Bar No. 00797876

917 Franklin, 4TH Floor
Houston, Texas 77002
(713) 227-2244
(713) 222-5840 (fax)
emilydetoto@mac.com

ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Motion to Withdraw Pursuant to *Anders v. California*, 386 U.S. 738 (1967) was electronically delivered to Mr. Alan Curry, Appellate Division Chief, Harris County District Attorney's Office, on this 2nd day of February 2015.

\_\_/s/ Emily Detoto_____
EMILY DETOTO